PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ian F Finn                                              Cr.: 19-00043-001
                                                                          PACTS #: 933051

Name of Sentencing Judicial Officer:   THE HONORABLE GARY L. SHARPE (ND/NY)
                                       UNITED STATES DISTRICT COURT JUDGE

Name of Assigned Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
                                       UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 11/04/2015

Original Offense:   Count 1: Wire Fraud, 18 U.S.C. § 1343

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, No New Debt/Credit, All Monies Received from Income Tax Refund or Unexpected Financial Gains to the Outstanding Financial Obligation.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/12/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Finn's term of supervised release is set to expire on May 11, 2020, with an outstanding balance of $237,745.00. He has paid a total of $510.00 towards his financial obligation. |

U.S. Probation Officer Action:

It is respectfully requested that Finn's term of supervised release be allowed to expire as scheduled on May 11, 2020 with an outstanding restitution balance. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

*Shannan P. DaSilva/jj*

By: Shannan P. DaSilva
    U.S. Probation Officer
Date: 02/18/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on May 11, 2020 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

02/20/2020
_____
Date